Kendell C. **ALEXANDER,**
**Petitioner–Appellant,**

v.

Bobby **SHEARIN, Warden, FCI Cumberland; United States Parole Commission, Respondents–Appellees.**

No. 02–7406.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 10, 2002.

Decided Dec. 24, 2002.

Kendell C. Alexander, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Thomas Michael DiBiagio, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINS, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kendell C. Alexander, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Alexander v. Shearin,* No. CA–01–3574–PJM (D. Md. filed Aug. 21, 2002; entered Aug. 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*